# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

RAMADA WORLDWIDE INC.,

      **Plaintiff,**

v.

PRMC, INCORPORATED,
ZUFLIQAR KHAN,

      **Defendants.**

Civ. No. 15-3841 (KM) (JBC)


**ORDER**

   **THIS MATTER** having come before the court on the motion of Ramada Worldwide Inc., for default judgment as against defendant PRMC, Incorporated only (ECF No. 21), based on its failure to appeal by counsel; and codefendant Zufliqar Khan having appeared *pro se* on his own behalf; and it appearing that there is little utility in a partial judgment, entered while the case continues; and it further appearing that the exploration of the merits in connection with the claims brought by and against Mr. Khan would illuminate the factors relevant to entry of a default judgment;[1]

   IT IS this 21st day of December, 2016

   ORDERED that the motion of Ramada Worldwide Inc., for default judgment as against defendant PRMC, Incorporated only (ECF No. 21), based on its failure to appeal by counsel is ADMINISTRATIVELY TERMINATED without prejudice to renewal.

            **Kevin McNulty**
            **United States District Judge**

---

[1] They are: "(1) whether the party subject to default has a meritorious defense, (2) the prejudice suffered by the party seeking default, and (3) the culpability of the party subject to default." *Doug Brady, Inc. v. N.J. Bldg. Laborers Statewide Funds*, 250 F.R.D. 171, 177 (D.N.J. 2008) (citing *Emcasco Ins. Co. v. Sambrick*, 834 F.2d 71, 74 (3d Cir. 1987)).