# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RAMADA WORLDWIDE INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **PRMC, INCORPORATED, ZUFLIQAR KHAN,** <br><br> **Defendants.** | Civ. No. 15-3841 (KM) (JBC) <br><br> **ORDER** |

**THIS MATTER** having come before the court on the motion of Ramada Worldwide Inc., for summary judgment (ECF no. 47) and for default judgment as against defendant PRMC, Incorporated only (ECF No. 51); and the action having been previously dismissed as against defendant Zufliqar Khan only (ECF no. 50);

IT IS this 16th day of January, 2018

ORDERED as follows:

1. The court being satisfied, based on the affidavits of counsel (ECF nos. 51-3 and 51-4) that the relevant factors[1] are satisfied, the motion for default judgment as against defendant PRMC, Incorporated only (ECF no. 51) is GRANTED, and a separate written judgment shall be entered simultaneously herewith.

2. The motion of Ramada Worldwide Inc., for summary judgment (ECF no. 47) is DENIED as moot, in that judgment has been entered against defendant PRMC, Incorporated, and the action has been dismissed against the remaining defendant, Zuflizar Khan.

---

[1] They are: "(1) whether the party subject to default has a meritorious defense, (2) the prejudice suffered by the party seeking default, and (3) the culpability of the party subject to default." *Doug Brady, Inc. v. N.J. Bldg. Laborers Statewide Funds*, 250 F.R.D. 171, 177 (D.N.J. 2008) (citing *Emcasco Ins. Co. v. Sambrick*, 834 F.2d 71, 74 (3d Cir. 1987)).

The Clerk shall close the file.

_____
**Kevin McNulty**
**United States District Judge**